CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2015

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, | CASE NO. 7:15CV00106 |
| Plaintiff, | |
| v. | FINAL ORDER |
| MR. LEE, ET AL., | By: Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion to amend to add claims for monetary damages (ECF No. 12) is **GRANTED**; but his application to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(g) and motion for interlocutory injunctive relief (ECF No. 4 & 8) are **DENIED**; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g); plaintiff's motion for appointment of counsel (ECF No. 5) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 16th day of April, 2015.

/s/ Glen Conrad
Chief United States District Judge