CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK TODD SHOWALTER,** | ) | CASE NO. 7:15CV106 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| **MR. LEE, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

By opinion and order entered April 16, 2015, the court summarily dismissed without prejudice this prisoner civil rights action under 42 U.S.C. § 1983, after finding that plaintiff did not qualify to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(g). Specifically, the court found that Showalter had three "strikes" under § 1915(g) and that his disagreement with his treating psychologists over the appropriate course of treatment for his mental health symptoms did not show imminent danger of serious physical harm related to defendants' alleged conduct. Based on numerous exhibits that the court previously considered, Showalter now moves for reconsideration of the court's decision that he failed to show imminent danger under § 1915(g). Finding no ground on which the court's dismissal of the action under § 1915(g) was erroneous, it is hereby

### ADJUDGED AND ORDERED

that plaintiff's motion for reconsideration (ECF No. 24) is **DENIED**.

ENTER: This 28th day of April, 2015.

Chief United States District Judge